## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** TIMOTHY & SHARON M. PRICE
**Case Number:** 12-24249-GLT        **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 01, 2016 09:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#47 - Trustee's Certificate of Default to Dismiss
#50 - Response filed with POP
R / M #:  47 / 0

### *Appearances:*

Debtor: *Wright*
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor: *COD resolved by proposed order attached*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/25/2016   11:46:47AM