UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

2016 SEP -2 AM 7:58

| | |
|---|---|
| In re:<br>TIMOTHY PRICE, SR.<br>SHARON M. PRICE<br>    Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>    vs.<br>TIMOTHY PRICE, SR.<br>SHARON M. PRICE<br>    Respondent(s) | Case No. 12-24249GLT<br>Chapter 13<br><br>#47<br><br>Related to Document No._____ |

## ORDER

AND NOW, this 1st day of September, 2016, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐    This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐    This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.    Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.    This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C.  The Clerk shall give notice to all creditors of this dismissal.

D.  Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E.  The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

(1)  the time deadline provided by state law; or

(2)  30 days after the date of this notice.

☑ This case is not dismissed. The plan term is extended to a total of ___ months; the monthly plan payment amount is changed to $2,924.00 effective  Sept '16      .

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

☐ Other: _____
_____
_____
_____
_____
_____

BY THE COURT:

Dated : __9/1/2016__                 _____
                                     United States Bankruptcy Judge

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 12-24249-GLT
Timothy Price, Sr.                                                  Chapter 13
Sharon M. Price
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy              Page 1 of 2           Date Rcvd: Sep 02, 2016
                               Form ID: pdf900         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
db/jdb         +Timothy Price, Sr.,    Sharon M. Price,    150 Suncrest Drive,    Verona, PA 15147-1650
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX   75063)
13454640        American Honda Service,    P.O. Box 168088,    Irving, TX 75016-8088
13454641       +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
13548894       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13454644       +Marlyn Price,   150 Suncrest Drive,    Verona, PA 15147-1650
13454646       +One Main Bank,    P.O. Box 499,    Hanover, MD 21076-0499
13454647       +Regional Acceptance Corporation,    PO Box 44152,    Jacksonville, FL 32231-4152
13529063        U.S Bank, National Association et al,    Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13481875        E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 03 2016 01:33:14
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. BOX 168088,
                 Irving, TX 75016-8088
13480741        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 03 2016 01:30:32
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
13482212        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 03 2016 01:31:10
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
13510851       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Sep 03 2016 01:33:36        Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13454642        E-mail/Text: cio.bncmail@irs.gov Sep 03 2016 01:32:43        Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13454645       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 03 2016 01:33:04        Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                               TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank, National Association, et al
13481876        866-716-6441
13688501*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13529064*       U.S. BANK, NATIONAL ASSOCIATION, et al,    Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
cr            ##+Penn Hills School District and Municipality of Pen,    Maiello Brungo & Maiello, LLP,
                 3301 McCrady Road,    Pittsburgh, PA 15235-5137
13454643      ##+Maiello Brungo & Maiello,    3301 McCrady Road,    Pittsburgh, PA 15235-5137
13468233      ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
                                                                                               TOTALS: 2, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2         User: culy                Page 2 of 2            Date Rcvd: Sep 02, 2016
                             Form ID: pdf900           Total Noticed: 17
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2016 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    U.S. Bank, National Association, et al
           agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
           Hills jlc@mbm-law.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Shawn N. Wright    on behalf of Debtor Timothy  Price, Sr. shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
          Shawn N. Wright    on behalf of Joint Debtor Sharon M. Price shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                             TOTAL: 8
```