**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Timothy Price Sr.** | : | Case No. 12−24249−GLT |
| **Sharon M. Price** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| U.S. Bank, N.A., et al. | : | |
| *Movant,* | : | Related to Claim No. 7 |
| | : | |
| v. | : | |
| Timothy Price Sr. | : | |
| Sharon M. Price | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

### ORDER

     **AND NOW**, this **10th day of March, 2017,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *U.S. Bank, N.A., et al.* at Claim No. 7 in the above−captioned bankruptcy case,

     It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

     *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

```
                      United States Bankruptcy Court
                      Western District of Pennsylvania
In re:                                                   Case No. 12-24249-GLT
Timothy Price, Sr.                                       Chapter 13
Sharon M. Price
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: culy           Page 1 of 1         Date Rcvd: Mar 10, 2017
                             Form ID: 237         Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.

```
db/jdb         +Timothy Price, Sr.,    Sharon M. Price,    150 Suncrest Drive,    Verona, PA 15147-1650
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX   75063)
13529063        U.S Bank, National Association et al,    Bank of America, N.A.,    P.O. Box 660933,
                Dallas, TX 75266-0933
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13529064*       U.S. BANK, NATIONAL ASSOCIATION, et al,    Bank of America, N.A.,    P.O. Box 660933,
                Dallas, TX 75266-0933
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    U.S. Bank, National Association, et al
           agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, et al
           bkgroup@kmllawgroup.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
           Hills jlc@mbm-law.net
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Shawn N. Wright    on behalf of Joint Debtor Sharon M. Price shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
          Shawn N. Wright    on behalf of Debtor Timothy  Price, Sr. shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                             TOTAL: 9
```