Case 12-24249-GLT    Doc 71    Filed 10/04/17    Entered 10/04/17 15:28:28    Desc Main
Document    Page 1 of 1

FILED
10/4/17 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 12-24249-GLT |
| | : | Chapter: 13 |
| Timothy Price, Sr. | : | |
| Sharon M. Price | : | |
| | : | Date: 10/4/2017 |
| *Debtor(s).* | : | Time: 09:30 |

## PROCEEDING MEMO

**MATTER:**  #61 - Trustee's Motion to Dismiss Case
#65 - Response filed by Debtor

**APPEARANCES:**
Debtor:    Shawn N. Wright
Trustee:   Jana Pail

**NOTES:**

Pail: Needs $6,115 with a November of 2017 long-term debt takeover.

Wright: The Debtors submitted $3,000 yesterday. There are no long-term continuing debts. Requests 60 days to complete payments.

Pail: No objection to a 60-day continuance.

**OUTCOME:**

1. The trustee's motion to dismiss [Dkt. No. 61] is continued to December 20, 2017 at 9:00 a.m. If the trustee has received all outstanding payments from the Debtors before that date, she shall withdraw her motion to dismiss [Dkt. No. 61]. (Text Order to issue.)

**DATED:** 10/4/2017