FILED
12/20/17 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Case No.:    12-24249-GLT
                                                    : Chapter:     13
Timothy Price, Sr.                                  :
Sharon M. Price                                     :
                                                    : Date:        12/20/2017
         *Debtor(s).*                               : Time:        10:00

### PROCEEDING MEMO

**MATTER:**   #76 - Motion Deem Mortgage Paid in Full, in addition to Motion
              to Compel Production of Proof of Satisfaction
              #80 - Response filed by US Bank NA

**APPEARANCES:**

         Trustee:   Jana Pail
         US Bank:   Mark Pecarchik

**NOTES:**

Pecarchik: Requests 30-day continuance.

Pail: No objection.

**OUTCOME:**

1. The hearing on the motion to deem mortgage paid in full [Dkt. No. 76] is continued to January 17, 2018 at 9:00 a.m. (Text Order to issue.)

**DATED:** 12/20/2017