Case 12-24249-GLT    Doc 88    Filed 01/17/18    Entered 01/17/18 14:31:41    Desc Main
Document      Page 1 of 1

FILED
1/17/18 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 12-24249-GLT |
| | : | Chapter: 13 |
| Timothy Price, Sr. | : | |
| Sharon M. Price | : | |
| | : | Date: 1/17/2018 |
| Debtor(s). | : | Time: 09:00 |

## PROCEEDING MEMO

**MATTER:** #76 - Continued Motion To Deem Mortgage Paid in Full, in addition to Motion to Compel Production of Proof of Satisfaction
#80 - Response filed by US Bank NA

**APPEARANCES:**

Trustee:    Owen Katz

**NOTES:**

Katz: Withdraws the motion.

**OUTCOME:**

1. The Motion to Deem Mortgage Paid in Full [Dkt. No. 76] is denied as withdrawn. (Text Order to issue.)

**DATED:** 1/17/2018