**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TIMOTHY PRICE, SR.<br>SHARON M. PRICE<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Repondents. | Case No.:12-24249<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| January 25, 2018 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/27/2012 and confirmed on 11/8/12. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 136,425.60 |
| Less Refunds to Debtor | 81.71 | |
| TOTAL AMOUNT OF PLAN FUND | | 136,343.89 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,621.00 | |
|    Trustee Fee | 5,101.74 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,722.74 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   AMERICAN HONDA FINANCE CORP* | 21,502.01 | 21,502.01 | 1,968.83 | 23,470.84 |
|     Acct: 9351 | | | | |
|   REGIONAL ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 50,007.11 | 50,007.11 | 7,161.19 | 57,168.30 |
|     Acct: 5618 | | | | |
|   ONE MAIN FINANCIAL(*) | 7,716.18 | 7,716.18 | 1,837.79 | 9,553.97 |
|     Acct: NONE | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 1,728.98 | 1,728.98 | 0.00 | 1,728.98 |
|     Acct: 5618 | | | | |
| | | | | 91,922.09 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 3,621.00 | 3,621.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMOTHY PRICE, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TIMOTHY PRICE, SR. | 81.71 | 81.71 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 3,517.35 | 3,517.35 | 0.00 | 3,517.35 |
|     Acct: 3756 | | | | |
|   PENN HILLS SD & PENN HILLS MUNIC (EI | 7,784.18 | 7,784.18 | 0.00 | 7,784.18 |
|     Acct: 3756 | | | | |
|   EQUITABLE GAS CO (*) | 0.00 | 3,552.00 | 0.00 | 3,552.00 |
|     Acct: XXXXXXXXX9414 | | | | |
|   NATIONSTAR MORTGAGE LLC(*) | 0.00 | 15,228.04 | 0.00 | 15,228.04 |
|     Acct: 5618 | | | | |
| | | | | 30,081.57 |
| **Unsecured** | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 473.79 | 473.79 | 0.00 | 473.79 |
|     Acct: 3756 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOF | 325.15 | 325.15 | 0.00 | 325.15 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 9900 | | | | |
|   AMERICAN INFOSOURCE LP AGENT - MI | 4,247.06 | 4,247.06 | 0.00 | 4,247.06 |
|     Acct: 7308 | | | | |
|   DUQUESNE LIGHT COMPANY* | 571.49 | 571.49 | 0.00 | 571.49 |
|     Acct: 3001 | | | | |
|   EQUITABLE GAS CO (*) | 127.78 | 0.00 | 0.00 | 0.00 |
|     Acct: 4211 | | | | |
|   BERNSTEIN-BURKLEY PC (FORMERLY F( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 5,617.49 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 127,621.15 |
| TOTAL | | |
| CLAIMED | 11,301.53 | |
| PRIORITY | 80,954.28 | |
| SECURED | 5,745.27 | |

Date: 01/25/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TIMOTHY PRICE, SR.
    SHARON M. PRICE
          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:12-24249

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                BY THE COURT:

                                                U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 12-24249-GLT
Timothy Price, Sr.                                                  Chapter 13
Sharon M. Price
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dbas                Page 1 of 2                Date Rcvd: Jan 26, 2018
                               Form ID: pdf900           Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
```
db/jdb         +Timothy Price, Sr.,    Sharon M. Price,    150 Suncrest Drive,    Verona, PA 15147-1650
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX   75063)
13454641       +Bank of America,    450 American Street,    Simi Valley, CA 93065-6285
13548894       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13454644       +Marlyn Price,    150 Suncrest Drive,    Verona, PA 15147-1650
13454646       +One Main Bank,    P.O. Box 499,    Hanover, MD 21076-0499
13454647       +Regional Acceptance Corporation,    PO Box 44152,    Jacksonville, FL 32231-4152
13529063        U.S Bank, National Association et al,    Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13481875        E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 27 2018 02:10:39
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. BOX 168088,
                 Irving, TX 75016-8088
13454640        E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 27 2018 02:10:39     American Honda Service,
                 P.O. Box 168088,    Irving, TX 75016-8088
13480741        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 27 2018 02:25:52
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13482212        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 27 2018 02:25:48
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13510851       +E-mail/Text: kburkley@bernsteinlaw.com Jan 27 2018 02:11:30     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13454642        E-mail/Text: cio.bncmail@irs.gov Jan 27 2018 02:09:39     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
13454645       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 27 2018 02:10:19     Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank, National Association, et al
13481876        866-716-6441
13688501*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     350 Highland Drive,
                 Lewisville, TX 75067)
13529064*       U.S. BANK, NATIONAL ASSOCIATION, et al,    Bank of America, N.A.,    P.O. Box 660933,
                 Dallas, TX 75266-0933
cr            ##+Penn Hills School District and Municipality of Pen,    Maiello Brungo & Maiello, LLP,
                 3301 McCrady Road,    Pittsburgh, PA 15235-5137
13454643      ##+Maiello Brungo & Maiello,    3301 McCrady Road,    Pittsburgh, PA 15235-5137
13468233      ##+Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
                                                                                   TOTALS: 2, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2           User: dbas              Page 2 of 2           Date Rcvd: Jan 26, 2018
                               Form ID: pdf900         Total Noticed: 17
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank, National Association, et al
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, et al
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Karina Velter    on behalf of Creditor    U.S. Bank, National Association, et al
               amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N. Wright    on behalf of Debtor Timothy  Price, Sr. shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
              Shawn N. Wright    on behalf of Joint Debtor Sharon M. Price shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com
                                                                                             TOTAL: 10
```