| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Timothy Price Sr.** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–3756** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Sharon M. Price** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–3957** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **12–24249–GLT** | | |

# Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy Price Sr.                                            Sharon M. Price

<u>3/13/18</u>                                                     **By the court:**    <u>Gregory L. Taddonio</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                            Case No. 12-24249-GLT
Timothy Price, Sr.                                                Chapter 13
Sharon M. Price
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: aala               Page 1 of 2          Date Rcvd: Mar 13, 2018
                              Form ID: 3180W           Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
```
db/jdb         +Timothy Price, Sr.,   Sharon M. Price,   150 Suncrest Drive,   Verona, PA 15147-1650
cr              Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,   PO Box 630267,   Irving, TX  75063)
13454640        American Honda Service,   P.O. Box 168088,   Irving, TX 75016-8088
13548894       +Equitable Gas Company,   c/o Donna Treemarchi,   225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13454644       +Marlyn Price,   150 Suncrest Drive,   Verona, PA 15147-1650
13454646       +One Main Bank,   P.O. Box 499,   Hanover, MD 21076-0499
13454647       +Regional Acceptance Corporation,   PO Box 44152,   Jacksonville, FL 32231-4152
13529063        U.S Bank, National Association et al,   Bank of America, N.A.,   P.O. Box 660933,
                 Dallas, TX 75266-0933
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2018 02:00:55     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13481875        EDI: HNDA.COM Mar 14 2018 05:38:00     American Honda Finance Corporation,
                 National Bankruptcy Center,   P.O. BOX 168088,   Irving, TX 75016-8088
13480741        EDI: AIS.COM Mar 14 2018 05:38:00     American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,   PO Box 248848,   Oklahoma City, OK  73124-8848
13482212        EDI: AIS.COM Mar 14 2018 05:38:00     American InfoSource LP as agent for,
                 Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
13454641       +EDI: BANKAMER.COM Mar 14 2018 05:38:00     Bank of America,   450 American Street,
                 Simi Valley, CA 93065-6285
13510851       +E-mail/Text: kburkley@bernsteinlaw.com Mar 14 2018 02:01:36     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13454642        EDI: IRS.COM Mar 14 2018 05:38:00     Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13454645       +EDI: MID8.COM Mar 14 2018 05:38:00     Midland Funding,   8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
                                                                                              TOTAL: 8
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr              U.S. Bank, National Association, et al
13481876        866-716-6441
13688501*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,   350 Highland Drive,
                 Lewisville, TX 75067)
13529064*       U.S. BANK, NATIONAL ASSOCIATION, et al,   Bank of America, N.A.,   P.O. Box 660933,
                 Dallas, TX 75266-0933
cr            ##+Penn Hills School District and Municipality of Pen,   Maiello Brungo & Maiello, LLP,
                 3301 McCrady Road,   Pittsburgh, PA 15235-5137
13454643      ##+Maiello Brungo & Maiello,   3301 McCrady Road,   Pittsburgh, PA 15235-5137
13468233      ##+Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   3301 McCrady Road,
                 Pittsburgh, PA 15235-5137
                                                                                   TOTALS: 2, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: aala              Page 2 of 2                Date Rcvd: Mar 13, 2018
                              Form ID: 3180W          Total Noticed: 18
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank, National Association, et al
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, et al
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Karina  Velter    on behalf of Creditor    U.S. Bank, National Association, et al
               amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N. Wright    on behalf of Debtor Timothy  Price, Sr. shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Shawn N. Wright    on behalf of Joint Debtor Sharon M. Price shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                              TOTAL: 10
```